```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

MALIBU MEDIA, LLC,

                Plaintiff,           12 Civ. 4136 (LLS)

   - against -                      ORDER

JOHN DOES 1-14,

                Defendants.
- - - - - - - - - - - - - - - - - -x

By order dated December 27, 2012, the Court responded to the inquiry of plaintiff's attorney for instructions, by instructing plaintiff's attorney, among other things, to:

> (2) Transmit a copy of the complaint to John Doe 1, with a letter of transmittal identifying it as having been filed on plaintiff's behalf and as notice of what is proposed to be served on John Doe 1, with the advice that John Doe 1 should retain counsel who, in turn, should promptly get in touch with plaintiff's counsel within the next thirty days . . .
>
> (4) If no response is received within thirty days, plaintiff's counsel should repeat the transmission, this time by registered mail, return receipt requested, and enclosing a copy of this order. If that communication is similarly ineffective, plaintiff's counsel should so report to this Court, and apply for further relief, including leave to serve the complaint on John Doe 1 and file proof of such service revealing John Doe 1's identity . . .
>
> (7) Plaintiff's counsel shall keep the Court informed of the completion of these steps as they occur . . . .

Over three months having expired with no advice from plaintiff's counsel as required by paragraph (7) above, the Court assumes that the above steps have not been taken.

Accordingly, unless on or before the close of business on Monday, April 15, 2013 plaintiff's counsel shows cause in writing of why it should not do so, the Court will dismiss this case for lack of prosecution.

So ordered.

Dated: New York, New York
April 3, 2013

_____
LOUIS L. STANTON
U.S.D.J.